```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           JUL 2 0 2010

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:08-CR-078-ECR (GWF) |
| BRANDON RICHARD MEYERS, | |
| Defendant. | |

**SECOND AMENDED FINAL ORDER OF FORFEITURE**

On December 1, 2008, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BRANDON RICHARD MEYERS to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BRANDON RICHARD MEYERS pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on August 13, 2008, August 20, 2008, August 27, 2008, July 7, 2009, July 14, 2009, and July 21, 2009, in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 14, 2009 through September 12, 2009 and February 24, 2010 through March 25, 2010, further notifying all known third parties by regular mail and certified mail return receipt requested of their right to petition the Court.

. . .

**SERVICE OF PROCESS**

On October 21, 2009, an Amended Preliminary Order of Forfeiture, Notice, and Petition, Stipulation for Return of Property, and Order were mailed by regular and certified return receipt mail to Kirk Dougan. #32, p. 3, 4, 6, 7.

On October 21, 2009, an Amended Preliminary Order of Forfeiture, Notice, and Petition, Stipulation for Return of Property, and Order were mailed by regular and certified return receipt mail to Dona Thistlethwaite. #32, p. 9, 10.

**PETITION**

On December 1, 2009, a Petition, Stipulation for Return of Property, and Order as to Dona Thistlethwaite's interest in the Smith & Wesson, .32 caliber revolver, serial number BEY5496 was filed. #33.

On June 25, 2010, a Petition, Stipulation for Return of Property, and Order as to Kirk Dougan's interest in the Winchester Ranger, 20 gauge shotgun, serial number L1679726 was filed. #40.

**SETTLEMENT**

On December 2, 2009, this court entered an Order granting the Petition, Stipulation for Return of Property, and Order as to Dona Thistlethwaite. #34.

On June 29, 2010, this court entered an Order Granting the Petition, Stipulation for Return of Property, and Order as to Kirk Dougan. #41.

This Court finds no other petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section

. . .

2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to the stipulation and the law:

    a.    a Remington model 1100, 12 gauge shotgun, serial number M097997v;

    b.    a Winchester Ranger, 20 gauge shotgun, serial number L1679726; and

    c.    a Smith and Wesson .32 caliber revolver, serial number BEY5496.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __20__ day of __July__, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Second Amended Final Order of Forfeiture on July 19, 2010 by the below identified method of service:

E-mail/ECF

Monique N. Kirtley
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel for Brandon Richard Meyers*

/s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal