RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for BRANDON RICHARD MEYERS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00078-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE INITIAL APPEARANCE RE: REVOCATION OF SUPERVISED RELEASE (FIRST REQUEST)** |
| BRANDON RICHARD MEYERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for BRANDON RICHARD MEYERS and CHRISTOPHER CHIOU, Acting United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance re Revocation of Supervised Release Hearing set for October 20, 2021, at 3:00 PM, be vacated and continued to a date and time convenient for the court.

/ / /

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      Mr. Meyers is not detained.

4.      The parties agree to the continuance.

5.      This is the first request for a continuance.

DATED this 20th day of October, 2021.

RENE L. VALLADARES                          CHRISTOPHER CHIOU
Federal Public Defender                          Acting United States Attorney


By _/s/ Christopher P. Frey_____           By _/s/ Richard Casper_____
CHRISTOPHER P. FREY                          RICHARD CASPER
Assistant Federal Public Defender             Assistant United States Attorney
Counsel for BRANDON MEYERS                Counsel for the Government

2

1

**ORDER**

2       Based on the Stipulation of counsel, and good cause appearing,

3       **IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for

4  October 20, 2021, at 3:00 PM, be vacated and continued to a date and time convenient for the

5  court.

6       DATED this ___20th___ day of October, 2021.

7

8

9

10  _____
   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26