RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for BRANDON RICHARD MEYERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON RICHARD MEYERS,<br><br>Defendant. | Case No. 2:08-cr-00078-MMD-CLB<br><br>**ORDER ON STIPULATION TO CONTINUE INITIAL APPEARANCE RE: REVOCATION OF SUPERVISED RELEASE**<br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for BRANDON RICHARD MEYERS and CHRISTOPHER CHIOU, Acting United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance re Revocation of Supervised Release Hearing set for November 24, 2021, at 3:00 PM, be vacated and continued to January 10, 2022 at 3:00 PM.

/ / /

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Meyers is not detained.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 18th day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for BRANDON MEYERS | By /s/ Richard Casper<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for November 24, 2021, at 3:00 PM, be vacated and continued to January 10, 2022 at 3:00 PM.

DATED this __19th__ day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE